**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| KEITH L. RIDDICK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:19CV627–HEH |
| ) | |
| J. COX, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On July 9, 2020, the United States Postal Service returned a June 29, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                               /s/
                                   HENRY E. HUDSON
Date: July 17, 2020               SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia